IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02308-WYD-CBS

LAKESIDE ORGANIC GARDENS, L.L.C.,

    Plaintiff,

v.

TRES RIOS AGRICULTURAL COOPERATIVE, INC.;
DOUGLAS WILEY, in his individual capacity;
JAY FROST, in his individual capacity;
ERNEST NEW, in his individual capacity;
PAUL NEW, in his individual capacity; and
THOMAS MCCRACKEN, in his individual capacity,

    Defendants.

---

## ORDER OF DISMISSAL
---

The parties filed a Stipulation to Dismiss with Prejudice (# 21) on February 27, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees.

Dated:  February 28, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge